# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY a/s/o
ROBERTA GRILL-DEUTSCH

                         Plaintiff,

            -against-                               22 **CIVIL** 10522 (AEK)

                                                  **<u>JUDGMENT</u>**

UNITED STATES OF AMERICA,

                         Defendant.

-------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Decision and Order dated December 27, 2023, the Court concludes that

Defendant is not liable to Plaintiff under the FTCA for the motor vehicle accident that occurred

on March 16, 2022; accordingly, the case is closed.

**Dated:**  New York, New York

       December 28, 2023

                                      **RUBY J. KRAJICK**

                                 _____

                                     **Clerk of Court**

                 **BY:**       _____

                                       **Deputy Clerk**